Jonathan Robert Green Esq. (State Bar #290779)
The Law Office of Jeffrey E Lohman, P.C.
41185 Golden Gate Circle, Suite 108
Murrieta, CA  92562
Tel: 619-507-6859
jonathang@jlohman.com

Attorney for Plaintiff,
MARK ANTHONY, individually and on behalf of all others similarly situated

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# RIVERSIDE DIVISION

| | |
|---|---|
| MARK ANTHONY, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>ADT SOLAR, LLC, a Louisiana limited liability company, and DOES 1-10<br><br>*Defendants*. | Case No. 5:23-cv-01928-SSS-SHK<br><br>Judge Honorable Sunshine Suzanne Sykes<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed: 9/21/2023 |

Plaintiff Mark Anthony notifies this Court that Plaintiff and Defendant ADT Solar, LLC., have resolved all claims between them in this matter and are in the process of completing the final settlement documents and filing the appropriate dismissal pleadings. The parties request that the Court retain jurisdiction for sixty (60) days for any matters related to completing and/or enforcing the settlement and stay all remaining discovery deadlines.

Dated: February 15, 2024                Respectfully submitted,

                                        By:   /s/ *Jonny Green*
                                              Jonny Green
                                              Attorney for Plaintiff,
                                              **Mark Anthony**, individually and on behalf of all others similarly situated

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of February 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which automatically gives notice to all counsel of record.

By:   /s/ *Jonny Green*
Jonny Green
Attorney for Plaintiff,
**Mark Anthony**, individually and on behalf of all others similarly situated,